Mr. Le'Eldred Palm Sr.
(A/K/A: Dr. Le'El Palm Sr.)
5830 Spahn Ave.
Lakewood California, 90713
1.562.712.9016
mr.palm@verizon.net

**Plaintiff in Pro Se**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

**THIRD MOTION FOR RECONSIDERATION**

| | |
|---|---|
| **Mr. Le'Eldred Palm Sr.,** (A/K/A: Dr. Le'El Palm Sr.)   ) | CASE NO.: CIV '09-2602 PHXNVW |
| ) | |
| Plaintiff,   ) | **THIRD MOTION FOR RECONSIDERATION** |
| vs.   ) | |
| ) | |
| **Go Daddy.Com, Inc;**   ) | |
| ) | |
| Defendant   ) | |

1. Before the Court is Plaintiff's THIRD MOTION FOR RECONSIDERATION.

2. Your Honor, in response to Defendant Go Daddy's Motion to Dismiss my First Amened Complaint, the Defendant Go Daddy states my CashParking account was active approximately three months. **(doc 19 – P. 2  ¶ 4)**.

3. According to the Defendant Go Daddy's final accounting of the impressions generated in my CashParking account totaled **24,629 impressions** during the three month period from April 5, 2008 to August 8, 2008. (**See Exhibit (L) P. 204)**

1   4.  Your Honor the following **<u>New Evidence</u>** from **<u>Google Analytics</u>** web traffic data

2   clearly supports the General Allegations in my Complaint.

3   5.  Your Honor as stated in my Complaint (Complaint – P. 8 ¶ 33, on or about

4   7/28/08, Plaintiff pointed approximately 8,725 dotMobi domain names to a signal

5   web page on Plaintiff's server embedded with Google Analytics code.

6   6.  Your Honor, I pointed my dotMobi domain names to a signal web page embedded

7   with Google Analytics code because my knowledge and experience in Internet traffic

8   lead me to believe that the Defendant Go Daddy was manipulating the stats in my

9   CashParking account.

10  7.  Your Honor this **<u>New Evidence</u>** from **<u>Google Analytics</u>** clearly shows that the

11  Defendant Go Daddy manipulated the stats in my account in order to defraud

12  me out of my Multi-Million dollar dotMobi portfolio.

13  8.  On July 26, 2008 **<u>Google Analytics</u>** started generating data from my 8,725 dotMobi

14  domain names:

15              July 26, 2008 – 34,960 Impressions
             July 27, 2008 – 76,123 Impressions
16              July 28, 2008 – 74,512 Impressions
             July 29, 2008 – 75,883 Impressions
17              July 30, 2008 – 78,428 Impressions
             July 31, 2008 – 80,348 Impressions
18              August 1, 2008 – 76,854 Impressions
             August 2, 2008 – 84,099 Impressions
19              August 3, 2008 – 76,665 Impressions
             August 4, 2008 – 77,652 Impressions
20              August 5, 2008 – 76,156 Impressions

        August 6, 2008 – 39,151 Impressions
**Total impressions for a 12 day period = 850,833**

**See Exhibit (A) and (B) attached hereto and incorporated by reference.**

8. Your Honor, it is clear that the Defendant Go Daddy fraudulently manipulated the stats in my CashParking account in the furtherance of it's scheme to defraud me out of my 8,725 dotMobi domain names.

9. Your Honor, at the time I filed my Complaint against the Defendant Go Daddy I was not aware of the location of the results on Google Analytics website until 4/21/2010.

10. Your Honor, base on the Google Analytics results from Google it is clear that the Defendant Go Daddy has defrauded the court in it's Motion to Dismiss my Complaint.

11. Your Honor the Defendant Go Daddy states in it's Motion to Dismiss I (unsuccessfully speculated on thousands of "dotMobi domain names) Doc. 19 ¶18.

12. Your Honor, the stats from Google Analytics proves the fact that **my $250,000.00 speculation was correct**.

13. Your Honor, Go Daddy clearly states in it's final accounting of the impressions in my CashParking account over the three month period totaled **24,629** impressions, (**See Exhibit (L) page 204)** this is **FALSE**, Google Analytics proves the fact that over a 12 day period my dotMobi portfolio generated **850,833** impressions.

14. Your Honor, as alleged in my Complaint the Defendant Go Daddy engaged in various forms of skullduggery in the furtherance of their scheme, including placing fraudulent

1  clicks in my CashParking account (¶¶ 27-30, 254), sending falsified account documents,

2  (¶¶ 516-519), fake emails(¶¶ 318-319, 324), embedding emails with subliminal

3  messages and suspicious attachments (¶¶ 220-221, 251, 325-326), depositing money in

4  my PayPal account for illicit purposes (¶¶ 261, 298), and taunting me with "smiley

5  faces"in emails and holiday greeting cards (¶¶ 341-343, 546-547) in the furtherance of

6  their scheme to defraud me out of my multi-million dollar dotMobi portfolio.

7  15. Your Honor, I did not renew my dotMobi portfolio or pay Go Daddy any more

8  money because of all the alleged **fraudulent actions** by the Defendant Go Daddy.

9  16. Your Honor, the Defendant Go Daddy knew and I new my dotMobi portfolio was a

10  **Cash Cow,** and the impressions generated by Google Analytics proves this fact.

11  17.  Your Honor after all the alleged fraudulent activity I gave up and filed my

12  Complaint against the Defendant Go Daddy because Go Daddy had made it clear to

13  me by it's actions my investment was going to fail and their was nothing I could do

14  about it.

15  18.  Your Honor, in the defendants Motion to Dismiss (Doc. 19 - ¶¶ 22) the Defendant

16  Go Daddy stats: (Plaintiff''s claims are long on hyperbole but short on substance.

17  All of the claims are deficient as a matter of law and must be dismissed.) Your Honor,

18  the Google Analytics results clearly shows this statement to be **FALSE**.

19  19.  Your Honor, I made mistakes in filing my Complaint against the Defendant Go Daddy,

20  in light of this **New Evidence** from Google Analytics I am asking the court to grant

1  me Relief from the Judgment or Order, **F.R.Civ.P. - Rule 60 (b) (3),(6)** and the

2  opportunity to Amend my Complaint against the Defendant Go Daddy.

3  Date: May 30, 2010                                    /s/Mr. Le'Eldred Palm Sr.
                                                          Mr. Le'Eldred Palm Sr.
4                                                         Pro Se

5                           **CERTIFICATE OF SERVICE**

6  I certify that a copy of the SECOND MOTION FOR RECONSIDERATION AND

7  MOTION FOR CHANGE OF JURISDITION AND TRANSFER OF COURT FILES

8  AND MOTION TO ANSWER DEFENDANTS MONTION TO DISMISS was served,

9  by first class mail, on the person listed below.

10 DICARLO CASERTA & PHELPS PLLC
   8171 E. Indian Bend Road, Suite 100
11 Scottsdale, AZ 85250
   (P) 480-222-0914 (F) 480-222-0955
12
   Date: May 30, 2010                                    /s/Mr. Le'Eldred Palm Sr.
13                                                        Mr. Le'Eldred Palm Sr.

14

15

16

17

18

19

20

Case 2:09-cv-02602-NVW   Document 45   Filed 05/30/10   Page 6 of 6